UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DOCKET NO. 3:23-CR-096-02-FDW |
| v. | ) | |
| | ) | ORDER |
| ANTONIO LAMAR STUKES | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on United States Attorney's Motion to Dismiss Indictment (Doc. No. 47). Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Motion to Dismiss of the Bill of Indictment in the above captioned case, as to defendant Antonio Lamar Stukes.

**IT IS THEREFORE ORDERED** that the United States Attorney's Motion, (Doc. No. 47), is **GRANTED**.

Signed: May 2, 2024

Frank D. Whitney
United States District Judge